United States District Court
Northern District of Alabama
Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| Plaintiff, | ] |
| vs. | ] 08-168-LSC-TMP |
| Felipe Albarran-Ocampo, | ] |
| Defendant. | ] |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable T. Michael Putnam, United States Magistrate Judge [Doc. 17] entered the 11th day of June, 2008.

It is Ordered that the Report and Recommendation of the Honorable T. Michael Putnam, United States Magistrate Judge [Doc. 17] be accepted and hereby is accepted as entered.  This court does hereby adopt the report and recommendation as the Order of this court as if the same were set forth at this point *in extenso*.

Done this 14th day of July 2008.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE